# United States Court of Appeals
## For the First Circuit

No. 08-2108

UNITED STATES OF AMERICA,
Appellee,

v.

FÉLIX ALBERTO CASTRO-DAVIS, a/k/a Belto, a/k/a Bertito,
Defendant, Appellant.

No. 08-2109

UNITED STATES OF AMERICA,
Appellee,

v.

FÉLIX GABRIEL CASTRO-DAVIS, a/k/a Gaby,
Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on July 16, 2010, is amended as follows:

On page 11, lines 13-14: delete "a violation of Fed. R. Crim. P. 24(c)(4)(a),"

On page 14, line 4 of footnote 9: insert an "a" between "has been" and "lack"

On page 19, line 6: substitute the comma after "area" with a semi-colon

On page 27, line 3: insert a closing parenthesis after "(1st Cir. 2003)."

On page 33, lines 3-4 of footnote 6: should read "On October 28, 2009, just before oral argument, Gabriel ..."